United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2657

_____

Nelson W. McVey,                *
                                      *

        Appellant,          *
                                        *   Appeal from the United States

    v.                     *   District Court for the
                                        *   Eastern District of Missouri.

Kenneth S. Apfel, Commissioner of   *
Social Security,              *      [UNPUBLISHED]
                                        *

        Appellee.          *

_____

Submitted: December 12, 1997
Filed: December 18, 1997

_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

    Nelson W. McVey appeals the judgment of the District Court[1] affirming the Commissioner's denial of McVey's application for disability benefits. Having considered all of McVey's arguments for reversal, we conclude the administrative law judge properly evaluated the opinions of the treating physicians, properly discounted

_____

[1]Honorable Thomas C. Mummert, III, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was submitted with the consent of the parties in accordance with 28 U.S.C. § 636(c).

McVey's subjective complaints, and properly determined that McVey could perform the full range of sedentary work and therefore was not disabled.

This case presents no novel issues to justify extended discussion. The administrative decision is supported by substantial evidence on the record as a whole, and the judgment of the District Court is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.